UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,<br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO & COMPANY, et al.,<br>　　　　Defendants. | Case No. 4:18-cv-06189-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 14 |

Plaintiff Timothy William Brown's motion to appear telephonically at the case management conference previously continued to July 9, 2019 at 1:30 P.M. is GRANTED.

Plaintiff shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

Plaintiff is commended for his use of the undersigned's sample order, but he is advised that he must file a new request to appear telephonically for each scheduled hearing. Plaintiff does not need to attach medical records to future requests to appear telephonically.

IT IS SO ORDERED.

Dated: February 4, 2019

　　　　　　　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge