UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,<br>Plaintiff,<br>v.<br>WELLS FARGO & COMPANY, et al.,<br>Defendants. | Case No. 4:18-cv-06189-KAW<br><br>**ORDER ISSUING SUMMONS AND ORDERING SERVICE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The application to proceed in forma pauperis was previously granted. The second amended complaint having been found to comply with Title 28 USC § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Additionally, to provide sufficient time for the service of the second amended complaint, the case management conference is continued to March 10, 2020 at 1:30 p.m. at 1301 Clay Street, Oakland, California, Courtroom TBD. Case management statements are due by March 3, 2020.

IT IS SO ORDERED.

Dated: November 18, 2019

KANDIS A. WESTMORE
United States Magistrate Judge