IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>Defendant. | Case No. 18-cv-06189-MMC<br><br>**ORDER GRANTING IN PART DEFENDANT'S ADMINISTRATIVE REQUEST FOR A RULING ON ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT WITHOUT ORAL ARGUMENT** |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Request, filed February 25, 2020, by which Wells Fargo seeks issuance of an order ruling on its motion to dismiss without oral argument and vacating the hearing presently scheduled for March 6, 2020. As it appears plaintiff Timothy William Brown has passed away, the request is hereby GRANTED to the extent Wells Fargo seeks an order vacating the March 6 hearing.

The Case Management Conference remains as scheduled on March 13, 2020, as the Court has been advised a member of plaintiff's family is considering whether to file a motion for substitution under Rule 25 of the Federal Rules of Civil Procedure and is planning to attend. Given the present circumstances, however, a Case Management Statement need not be filed.

**IT IS SO ORDERED.**

Dated: March 2, 2020

MAXINE M. CHESNEY
United States District Judge